JS-6

**O**

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>THAKSILAL NIROSHANA KAHAWATTE dba TD Collections, an individual and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:22-cv-03355-ODW<br><br>**ORDER RE: STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL WITH PREJUDICE TO DEFENDANT THAKSILAL NIROSHANA KAHAWATTE dba TD COLLECTIONS**<br><br>**Hon. Otis D. Wright, II** |

Upon consideration and having found good cause therein, the Court hereby GRANTS Plaintiff PRL USA Holdings, Inc. ("Plaintiff" or "PRL") and Defendant Thaksilal Niroshana Kahawatte ("Defendant") (together with Plaintiff, the "Parties"), Stipulation to Entry of a Permanent Injunction against Defendant and Voluntary Dismissal with Prejudice as to Defendant as follows:

**WHEREAS**, on May 18, 2022, Plaintiff filed its Complaint (Dkt. No. 1) in this Action against Defendant.

**WHEREAS**, Plaintiff is the owner of a number of U.S. registered trademarks covering various products it markets under its RALPH LAUREN and POLObrands, including the trademarks identified by registration number and shown in ¶ 10 of Plaintiff's Complaint (Dkt. No. 1) as well as **Exhibit A** attached hereto (collectively referred to in the Complaint and herein as the "RALPH LAUREN Trademarks");

**WHEREAS**, Plaintiff's Complaint asserted causes of action against Defendant for Trademark Infringement and Counterfeiting under the Lanham Act, 15 U.S.C. § 1051, *et seq.*; False Designations of Origin and Unfair Competition in violation of 15 U.S.C. § 1125; and corresponding claims for Trademark Infringement and Unfair Competition under the statutory and common of California, all arising from Defendant's manufacture, importation, distribution, marketing, advertisement, offering for sale, and/or sale of certain products bearing unauthorized reproductions of one or more of the RALPH LAUREN Trademarks (the "**Accused Products**"), an exemplar of which is shown below:



**WHEREAS**, the Parties have entered into a Settlement Agreement that resolves all causes of action asserted by the Complaint against Defendant;

**WHEREAS**, pursuant to the terms of the Settlement Agreement, Defendant agreed to, and the Parties HEREBY STIPULATE to entry of a Permanent Injunction and Voluntary Dismissal of Defendant as follows:

THEREFORE, it is **HEREBY ORDERED** that:

1. The Court has personal jurisdiction over Defendant and subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121.

2. Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice shall serve to bind and obligate each of the Parties hereto.

3. Defendant, including all his agents, servants, successors and assigns, is permanently restrained and enjoined from directly and indirectly:

    a. Manufacturing, importing, distributing, marketing, offering for sale, or selling Accused Products and/or products bearing any one or more of the RALPH LAUREN Trademarks or any mark confusingly similar to one or more of the RALPH LAUREN Trademarks;

    b. Using any one or more of the RALPH LAUREN Trademarks in advertising, promoting, and/or marketing of Defendant's products

    or committing any other act which represents that Defendant's products are licensed, authorized, sponsored by, or in any way associated with Plaintiff and/or Plaintiff's products; and

  c. Engaging in any conduct in unfair competition with Plaintiff that involves the use of RALPH LAUREN Trademarks, including acts and practices that deceive consumers and/or the public.

4. Each Party shall bear its own attorneys' fees and costs associated with the Action with neither Party deemed as the prevailing party.

5. The Court dismisses with prejudice Defendant Thaksilal Niroshana Kahawatte and the above-entitled action.

6. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 13, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

## EXHIBIT A: Ralph Lauren Trademarks

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 1,447,282 | RALPH LAUREN | For: frames for prescription and non-prescription lenses and complete sunglasses in class 009. |
| 1,469,151 | RALPH LAUREN | For: men's, women's, and children's dress and athletic shoes in class 025. |
| 1,624,989 | RALPH LAUREN | For: clothing - namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, knit shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats and dresses in class 025. |
| 1,835,393 | RALPH LAUREN | For: jewelry in class 014. |
| 1,976,324 | RALPH LAUREN | For: clutches, shoulder bags, cosmetic bags, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, circular |
| 1,972,538 | RALPH LAUREN | For: jewelry in class 014. |
| 2,207,011 | RALPH LAUREN | For: intimate wear, namely, hosiery in class 025. |
| 3,521,190 | RALPH LAUREN | For: on-line retail store services featuring men's, women's and children's clothing, footwear, headgear, eyewear, handbags, backpacks, travel bags, wallets, athletic bags, jewelry, watches, sporting goods and accessories, fragrance, body lotions, home furnishing in the nature of bedsheets, duvet covers, comforters, blankets, pillows, towels, table cloths, dinnerware, picture frames in class 035. |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 3,764,868 | RALPH LAUREN | For: horological and chronometric instruments, namely, mechanical and automatic watches, wrist watches, diving watches, stop watches, pocket watches, watch fobs, jewelry watches; horological and chronometric fittings, namely, parts, faces, movements, casings, crowns, bands, straps, pouches, boxes, clasps, winders, winding buttons, dials, chains, cases, straps made of metal, leather and plastic in class 014. |
| 5,400,546 | RALPH LAUREN | For: cuff-links in class 014; silver money clips in class 016. |
| 1,363,459 | POLO | For: clothing-namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats, and dresses in class 025. |
| 1,446,173 | POLO | For: frames for prescription and non-prescription lenses and complete sunglasses in class 009. |
| 1,468,420 | POLO | For: men's, women's, children's and athletic shoes in class 025. |
| 3,684,457 | POLO | For: metal belt buckles not of precious metal in class 026. |
| 5,512,126 | POLO | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| | | key cases in class 018. |
| 1,951,601 | POLO SPORT | For: wearing apparel, namely pants, shorts, jackets, t-shirts, sport shirts, knit shirts, sweatshirts, hats, socks and footwear in class 025. |
| 5,507,568 | POLO RALPH LAUREN | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases in class 018. |
| 1,485,359 | | For: mens', womens', childrens' and athletic shoes in class 025. |
| 2,052,315 | | For: clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, pole bags, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases in class 018. |
| 2,823,094 | | For: wearing apparel, namely, sweaters and t-shirts in class 025. |

| U.S. Reg. Number | Trademark | Goods and Services |
|---|---|---|
| 3,199,839 | (Polo Pony logo) | For: wearing apparel, namely, jackets, sweatshirts, sweat pants, hats, scarves, jerseys, jeans, turtlenecks and bikinis in class 025. |
| 3,812,741 | (Polo Pony logo) | For: a full line of clothing in class 025. |
| 4,254,740 | (Polo Pony logo) | For: eyewear in class 009. |
| 4,558,683 | (Polo Pony logo) | For: retail and on-line retail store services featuring men's, women's, and children's clothing, footwear, headwear, eyewear, leather goods, handbags, duffel bags, tote bags, luggage, briefcases, sporting goods and accessories, fragrances and personal care products, jewelry, watches, and home furnishings in class 035. |
| 3,179,994 | RL67 | For: wearing apparel, namely, pants, jeans, shorts, skirts, dresses, suits, shirts, t-shirts, sweatshirts, blazers, ties, sweaters, stockings, socks, jackets, coats, gloves, hats, belts, scarves, undergarments, sleepwear, loungewear, swimwear and footwear |